EXHIBIT 1 - SHOWING GUIDELINE RANGE

```
 1                IN THE DISTRICT COURT OF THE UNITED STATES
                         DISTRICT OF SOUTH CAROLINA
 2                            CHARLESTON DIVISION

 3   UNITED STATES OF AMERICA,    )         2:09-CR-800
                                  )
 4                Plaintiff       )         Charleston,
                                  )         South Carolina
 5   VS                           )         May 16, 2011
                                  )
 6   CEDRIC WASHINGTON,           )
                                  )
 7                Defendant       )

 8                   TRANSCRIPT OF SENTENCING HEARING
                 BEFORE THE HONORABLE P. MICHAEL DUFFY,
 9              SENIOR UNITED STATES DISTRICT JUDGE

10   APPEARANCES:

11   For the Plaintiff:     MR. ALSTON BADGER
                            Assistant United States Attorney
12                          P.O. Box 978
                            Charleston, SC 29402
13

14

15
     For the Defendant:     MR. NATHANIEL ELLIOTT BARNWELL, ESQ.
16                          N. Elliott Barnwell Law Office
                            800 Wappoo Road
17                          Charleston, SC 29407

18

19

20

21

22

23   Court Reporter:        Amy C. Diaz, RPR, CRR
                            P.O. Box 835
24                          Charleston, SC 29402

25         Proceedings recorded by mechanical shorthand,
     Transcript produced by computer-aided transcription.
```

AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER

```
 1              Since there are no objections to the Presentence
 2   Report, I'll adopt the factual statements in the report as
 3   the Court's finding of fact for purposes of this hearing.
 4              Does anyone object to my doing so?
 5              MR. BADGER:  No, Your Honor.
 6              MR. BARNWELL:  No, Your Honor.
 7              THE COURT:  Okay.  Let's look at the Guidelines.
 8              They provide for a total offense level of 31.
 9              The Criminal History Category is IV.
10              The defendant is not eligible for probation.
11              There is a term of imprisonment from 151 to 188
12   months.  However, there is a statutory mandatory minimum of
13   20 years, and the Guideline range then becomes 240 months.
14              At least 10 years supervised release.
15              A fine has not been calculated due to the
16   defendant's inability to pay a fine.
17              Restitution is not an issue in the case.
18              There is a $100 special assessment fee.
19              Does anyone take issue with the Guidelines as read?
20              MR. BADGER:  No, Your Honor.
21              MR. BARNWELL:  No, Your Honor.
22              THE COURT:  I'll hear first from the Government and
23   then from the defendant.
24              MR. BADGER:  Your Honor, in light of the statutory
25   mandatory minimum sentence, there is little we can add to
```